**Order filed May 31, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00071-CV

_____

## IN THE INTEREST OF A.W.G. JR., A CHILD

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-06727J**

---

## O R D E R

The clerk's record was filed February 3, 2016. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 10, 2016**, containing:

1.  A.W.G., Sr.'s (the father) motion for new trial (date unknown)

2.  Order ruling on motion for new trial (date unknown)

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement to that effect.

PER CURIAM